No. 573. LOUIS MALVIN ET AL. *v.* UNITED STATES. October 28, 1918.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Marshall* for petitioners.  No brief for the United States.

---

Nos. 574, 575. DAVID H. E. JONES ET AL., CO-PARTNERS, ETC., ET AL. *v.* UNITED STATES UPON THE RELATION OF PRESSPRICH & SON COMPANY.  October 28, 1918. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Frederick M. Brown* for petitioners.  *Mr. A. Leo Everett* for respondent.

---

No. 579. MARTHA E. WHITAKER, INDIVIDUALLY AND AS EXECUTRIX, ETC., *v.* WHITAKER IRON COMPANY ET AL. October 28, 1918.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Eugene Sweeney* and *Mr. Henry A. Braun, Jr.,* for petitioner.  No appearance for respondents.

---

No. 582. CLARENCE P. BROWNING *v.* FIDELITY TRUST COMPANY.  October 28, 1918.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Charles Trowbridge Tittmann* and *Mr. Roger Hinds* for petitioner.  *Mr. Robert H. McCarter* for respondent.

---

No. 583. STATE OF OHIO ON THE RELATION OF THE HARTFORD LIFE INSURANCE COMPANY *v.* ROBERT H. LANGDALE ET AL.  October 28, 1918.  Petition for a writ of